SCHALL v. CITY OF NEW YORK (two cases).

(Supreme Court, Appellate Division, Second Department. November 20, 1903.)

MUNICIPAL CORPORATIONS—DEFECTIVE SIDEWALKS—SLIGHT DEFECTS.

A city is not liable for an injury from a depression in the sidewalk which had existed for several years, was near the curb, and was 4 feet long, 11 inches wide, and 3½ inches deep.

Appeal from Municipal Court, Borough of Brooklyn, Third District.

Consolidated actions by Sarah Schall and Rudolph Schall against the city of New York. From a judgment for plaintiffs, and an order denying defendant's motion for a new trial, it appeals. Reversed.

Argued before GOODRICH, P. J., and BARTLETT, WOODWARD, JENKS, and HOOKER, JJ.

George L. Rives, for appellant.
Altkrug & Kahn, for respondent.

JENKS, J. These are actions against a municipal corporation for negligence in the care of a street. The woman complains that, while walking thereon in the daytime, she fell and was injured by falling or slipping into a depression in the sidewalk which was about 15 feet wide. The testimony for the plaintiff shows that the depression, which was near the curb, was 4 feet long, 11 inches wide, 3½ inches

¶ 1. See Municipal Corporations, vol. 36, Cent. Dig. § 1624.

deep, and had existed for several years. I think that Hamilton v. City of Buffalo, 173 N. Y. 72, 65 N. E. 944, must control.

The judgment and order should be reversed, and a new trial ordered; costs to abide the event. All concur.